IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 10-346-SM |
| ) | |
| EDWARD J. BARTON, III, ) | |
| ) | |
| Respondent. ) | |
| ) | |

ORDER ON CONTEMPT PETITION

A hearing was held on September 15, 2010, on the United States' Petition for Civil Contempt. DN 1.

The United States represented as follows:

The United States Attorney's Office for the District of New Hampshire received a telephone call from Randy Salter, Esq., Tax Resolution Services, 6345 Balboa Blvd, Building IV, Suite 285, Encino, California 91316. Mr. Salter advised that Mr. Barton had asked him to assist him in complying with the two summonses that were issued by the IRS to Mr. Barton on January 11, 2010, with which this Court's Order of June 30, 2010, required Mr. Barton to comply by August 3, 2010. On September 13, 2010, Mr. Salter advised the United States Attorney's Office that Mr. Barton would require several more days to comply with the IRS summonses.

At the United States request, the Court orders as follows:

1.      On or before 5:00 p.m., September 27, 2010, Edward J. Barton, III, will deliver to Ann MacKean, Revenue Officer, IRS, 80 Daniel Street, P.O. Box 9502, Portsmouth, New Hampshire 03802, all of the information requested in the IRS summonses issued to him on January 11, 2010;

2. If Mr. Barton fully complies with the summonses, the United States will file promptly a notice with this Court withdrawing its Petition for Civil Contempt.

3. If Mr. Barton does not fully comply with the summonses as ordered by 5:00 p.m., September 27, 2010, the United States will promptly notify this Court, and this Court will issue a warrant for Mr. Barton's arrest so that he may appear before this Court for prompt disposition of the United States' pending Petition for Civil Contempt.

So Ordered:

Dated: September 16, 2010

Steven J. McAuliffe
Chief Judge

cc: Edward J. Barton, III
T. David Plourde, AUSA